**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CRAIG MOSS,

                      Plaintiff,                        21 **CIVIL** 1352 (JCM)

      -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 20, 2022, plaintiff's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded for further proceedings consistent with this Opinion.

**Dated:**  New York, New York
           September 22, 2022

                                                                  **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                         **BY:**

                                                                  **Deputy Clerk**